UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     **CV 16-2189-MWF(SSx)**                    Dated: **June 17, 2016**

Title:       David Singletary -*v*- Barbera Family Limited Partnership, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

       Cheryl Wynn                                        None Present
       Relief Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

       None Present                                       None Present

PROCEEDINGS (IN CHAMBERS):       ORDER TO SHOW CAUSE RE DEFAULT
                                 JUDGMENT

     In light of the Default By Clerk entered on June 16, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **August 1, 2016, at 11:30 a.m.**  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

     IT IS SO ORDERED.